

FILED
NOV 0 2 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Glen D. Collins, #E-47581
(Name of Plaintiff)
P.O. Box 600 / C-106L
(Address of Plaintiff)
Tracy, Calif.   95378-0600

2:17CV2307 CKD (PC)
(Case Number)

vs.

Diocese of Sacramento

Jaime Soto, Bishop

Myron J. Cotta, Aux. Bishop

(Names of Defendants)

COMPLAINT

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff _____

            Defendants _____

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**          Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☐ Yes   ☒ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ☐ Yes   ☐ No
      If your answer is no, explain why not  In reference to the named defendants here they are not state employees-a seperate Writ is being prepared for State employees; the administrative procedures are in the process.

   C. Is the grievance process completed?   ☐ Yes   ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant  Diocese of Sacramento  is employed as _____
      _____ at _____

   B. Additional defendants  Most Reverend Jaime Soto-Bishop of the Diocese of Sacramento; Most Reverend Myron J. Cotta-Auxiliary Bishop-Diocese of Sacramento.
   _____
   _____
   _____

IV.  Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I have been sexually battered and psychologically abused by Rev. Fr. Dany Touma, Catholic Priest assigned to CSP-Solano. Nothing have been done about it. The Church [Diocese of Sacramento] continue to engage in willful ignorance and shameful complicity in sexually predatory behavior and harrassment within the Church and it's representatives. What's at issue here is a deeply ingrained and troubling problem that has no place in the Church or society.

The Diocese is have facilitated these actions by placing this priest within the prison system without any oversight from the Church. Rev. Fr. Dany Touma presence within the priesthood and the prison system is a danger to others and the Catholic Church.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Implement change in policy in how Catholic Priest are assigned to the prisons within California, especially within the Diocese of Sacramento.

Hold the Diocese and the Bishop and Auxiliary Bishop accountable for the unlawful and predatory deeds of priest whom they refuse to supervise and monitor.

Award unspecified monetary amount to the plaintiff and ensure the Diocese provide and pay for professional counseling for the plaintiff outside the prison.

Iniatate steps to remove Rev. Fr. Dany Touma from the priesthood.

Signed this __30__ day of __October_____, 19 _2017_.

_Glen D. Collins_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_30 October 2017_                     _Glen D. Collins_
(Date)                                (Signature of Plaintiff)

5

# EXHIBIT A

20 June 2017

Glen D. Collins, #E-47581
CSP-Solano / A3-133L
2100 Peabody Road
P.O. Box 4000
Vacaville, Calif. 95696-4000


Most Reverend Jaime Soto
Bishop of the Diocese of Sacramento
2110 Broadway
Sacramento, Calif. 95818


Bishop Soto:

I write to you with a heavy heart as a devout Catholic in full
communion with my home parish within the Los Angeles Diocese. I
am requesting spiritual guidance and diretion from you.

I have been battered and emotionally assaulted by Fr. Rev. Dany Touma
the assigned Catholic Priest here in Solano. I have filed the
necessary complaint within the system but nothing will come of it
as it is the practie of CDCR to discredit the victim and continue
to victimize the victim. I have enclosed to your review the submitted
documents.

Fr. Rev. Dany Touma is from the Eastern Orothodox Church and as he
has told us the Church per se does not have jurisdiction over him.
Which I do not understand. I believe that the church is at fault
and accountable for his unprincipled actions towards me and I am
sure that there are others.

The Church as a whole have not done enough to eridicate the priesthood
of these predatory priest. And the prisons are breeding grounds
for there offensive acts. The inmate has not power or recourse in
such matters.

Fr. Rev. Dany Touma is not fit for the priesthood and is a disgrace
to the American Catholic Church. I will not remain silent. I am
prepared to take a polygrapgh examination as to this complaint.

Bishop Soto I regret having to present this to you but I must. Most
of all I request your prayers.


Very truly yours,



Glen D. Collins

# EXHIBIT B

20 June 2017


Glen. D. Collins, #E-47581
CSP-Solano / A3-133L
2100 Peabody Road
P.O. Box 4000
Vacaville, Calif. 95696-4000


Most Reverend Myron J. Cotta
Auxiliary Bishop-Diocese of Sacramento
2110 Broadway
Sacramento, Calif. 95818


Auxiliary Bishop Cotta:


Please find enclosed correspondance that I have forwarded to Bishop Soto. I believe it is necessary to inform you of the complaint and copies of the documents that I have submitted as it is untoward in getting mail out of this institution such as this.

It is unfortunate that I have to submit this horrible inexcusable acts from a Catholic priest but I must.

As with Bishop Soto I solicite your prayers and spiritual direction in this matter.


Very truly yours,


Glen D. Collins

# EXHIBIT C

14 May 2017

Glen Dell Collins, #E-47581
CSP-Solano / A3-133L
2100 Peabody Road
P.O. Box 4000
Vacaville, Calif. 95696-4000

OIG PREA Ombudsperson
Office of the Inspecor General
10111 Old Placerville Road, Suite 110
Sacramento, Calif. 95827

Re:  CDCR Staff Comlaint

Sir/Madame:

Please find enclosed a filed CDCR Staff Complaint that I am requesting an independant investigation. It is not my desire to circumvent policy and procedures in submitting this document to your office. However, the nature and magnitude of the subject matter is of the upmost importance. Usually complaints such as this comes up missing or the victim is abused again by the system in an attempt to discredit the victim and cover up the misdeeds of CDCR staff.

Moreover, the victim is locked-up; placed in Ad-Seg. according to policy to protect the victim or the victim is transfered from the institution before family members can retain counsel and or an investigator to assist in the legal ramification.

The institution discourages a victim from coming forth and the process to geared to protect the institution and not the victim.

My correct address appear in the heading of this letter.


Respectfully submitted;

*Glen Dell Collins*

Glen Dell Collins, #E-47581


cc:  PREA Unit-Jefferson City, MO 65102
     family
     file

# EXHIBIT D

17 May 2017

Glen Dell Collins, #E-47581
CSP-Solano / A3-133L
2100 Peabody Road
P.O. Box 4000
Vacaville, Calif. 95696-4000


PREA Unit
Re: California State Prison
P.O. Box 236
Jefferson City, MO 65102

Re: **Prison Rape Elimination Act**
    **Audit [June 6-8, 2017]**

   DCR Staff Complaint/Misonduct


Sir/Madame:

Please find enclosed a filed CDCR Staff Complaint/Misconduct. I believe that the nature of such is germane to your audit. Your audit generally focus on the act of rape within the institution. However, prior to the act there is usually incidents that lead up to the event that is never taken into consideration.

CDCR scope of investigation is limited to the victim/inmate claims being baseless and unfounded. The victim/inmate is victimized again by the system policy and procedures under the guise of the safety and security of the institution.

These predator staff members, be they custody or civilian, have the reign and power over the inmate and the institution will stand with staff regardless of the facts. Their policy and procedures are geared to discredit the victim and protect the dastardly deeds of the state employee.

Their involvement as it relates to the victim/inmate is symbolism over substance and a mere farce under the guise of due process and equal protection. The protection is limited to the staff.

I look forward to hearing from you, my correct address appear in the heading of this letter. I can be found in the state system under the CDCR inmate number.



Respectfully submitted;



Glen Dell Collins, #E-47581

# EXHIBIT E

3 May 2017

G. Dale Collins, #E47581
CSP-Solano / A3-133L
2100 Peabody Road
P.O. Box 4000
Vacaville, Calif. 95696-4000

Ms. Tanya Parker-Mashburn
Community Partnership Manager
CSP-Solano
Vacaville, Calif. 95696-4000

         Re: **Staff Misconduct**
            Dany Touma-Catholic Chaplain
            Mary Meyers-Catholic Volunteer

            **Falsified State Documents**

Ms. T. Parker-Mashburn:

Father Dany Touma, Catholic Chaplain-Priest is a predator homosexual within this institution. It is with a heavy heart and much prayer that I will no longer remain silent. Too much is at stake.

While assigned within the Level III Chapel, for almost eight (8) months I have been constantly beseiged with unrequited comments conerning Father Touma's desires and inappropriate conversations toward me. Father Touma is obsessed and infatuated with black men. I am offended on multiple levels as Father Touma had the position of being my spiritual advisor as priest. And I feel that he have violated my trust and the sacred authority of the Catholic Church.

It is with much prayer after we as Catholics have celebrated the holy fast of Lent that I must come forth.

Father Touma have stated to me his preference of black men and I have informed him on several occassions that I am a happily married man and also a man of God totally committed to serving Christ and dedicated to the Church, and furthermore I am not interested in any relationship with any man. I find Father Touma's comments to be offensive, unprincipled, and disgusting. These unlawful acts are outside the sope of him being a chaplain towards any inmate. Father Touma is sick and in need of professional help. Furthermore, he is a disgrace to the Catholic Church and it is evident that the Church have not done enough to rid the Catholic priesthood of predatory priest.

            Staff Misconduct

              1 of 2

I do not submit this complaint with a malicious or angry intent but, as a man of God who have totally committed himself to Christ I must speak up.

After Lent I went to Father Touma and informed him that I would not under any circumstances permit him to speak to me on any subject unrelated to my assignment as an inmate clerk.

He informed me that I was not smart and that he could provide for me far beyond my needs. I responded by stating to him that my wife and family do and will continue to provide for me. I went further and stated that if these weird and untoward conversations continued that I would in fact notify Tanya Parker-Mashburn and notify the Bishop of the Diocese of Sacramento. He became irate and told me that Ms. Parker-Mashburn had nothing to do with this and if I reported these instances that I would bring more trouble on me than I can imagine. This is northing more than extortion and abuse.

Afterwhich allegations began to surface concerning my assignment in the Chapel. Father Touma encouraged and enabled Ms. Mary Meyers [Catholic Volunteer] to lie on me and fabricate some poppycock about her being uncomfortable around me after eight months. Father Touma turned this alleged E-mail over to the attention of the associate warden R. Mitchell, who in turn presented the information to me. This is nothing more than a smoke screen to cover his [Father Touma] wickedness. If volunteer staff can lie on an inmate concerning phantom issues that have adverse effects on the inmate what would prohibit them from lying on an inmate on a more serious note. This is extremely dangerous and problematic. There are volunteer staff who come into the institution with less than honorable ulterior motives detremental to inmates and the safety and security of the institution. I am offended and appalled and in good conscience I will not keep silent.

I have asked on several occassions to review a copy of my job assignment to no avail. And Father Touma have continued to give me time credit that I have not been in the chapel working and have been paid for it where the other assigned inmates have not. I have yet to sign a job description. This is falsified state documents.

Father Touma is a dangerous predator in this institution and I am not going to be taken advantage of any longer by the in action of the Catholic Church and this institution.

Respectfully submitted,

*G Dale Collins*

G. Dale Collins, #E-47581

cc: Eric Arnold, Warden (CSP-Solano)
    Office of the Inspector General (Ombudsperson)
    PREA Unit (Jefferson City, MO)
    Office of the Bishop (Diocese of Sacramento)
    file

Staff Misconduct
2 of 2