UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN D. COLLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIOCESE OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2307 MCE CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed January 3, 2019, the undersigned screened the complaint and dismissed it with leave to amend within thirty days. (ECF No. 10.) The thirty-day period has now passed and plaintiff has not filed an amended complaint. Plaintiff will be given one more opportunity to file an amended complaint, and failure to do so will result in a recommendation that this action be dismissed for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of service of this order, plaintiff shall file an amended complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed for failure to prosecute.

Dated: February 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:coll2307.fta

1