UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN D. COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIOCESE OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-2307 MCE CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed January 3, 2019, plaintiff's complaint was dismissed and he was given thirty days to file an amended complaint. (ECF No. 10.) After plaintiff failed to file an amended complaint, he was given one more chance to file an amended complaint and was warned that failure to do so would result in a recommendation that this action be dismissed for failure to prosecute. (ECF No. 14.) The time for filing an amended complaint has now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for failure to prosecute. See L.R. 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 2, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:coll2307.fta.f&r