| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN D. COLLINS, | No. 2:17-cv-2307 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| DIOCESE OF SACRAMENTO, et al., | |
| Defendants. | |

By order filed January 3, 2019, the complaint was dismissed with leave to amend and plaintiff was given thirty days to file an amended complaint. (ECF No. 10.) After plaintiff failed to file an amended complaint or otherwise respond to the order, he was given an additional twenty-one days to comply. (ECF No. 14.) When plaintiff once again failed to file an amended complaint or respond to the order, the undersigned issued findings and recommendations recommending that this action be dismissed for failure to prosecute. (ECF No. 16.) Plaintiff has now requested that he be given until August 5, 2019, to file an amended complaint because he is scheduled for release on May 11, 2019, and is seeking counsel. (ECF No. 15.)

Plaintiff has already had three months to file an amended complaint, and neither the fact that he is scheduled for release in a month nor that he is seeking counsel warrants an additional four-month extension. The request for an extension of time will therefore be granted only in part and no further extensions of time will be granted absent a showing of extraordinary

1

circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 2, 2019 findings and recommendations (ECF No. 16) are withdrawn.

2. Plaintiff's motion for an extension of time to file an amended complaint (ECF No. 15) is granted in part. Plaintiff shall have forty-five days from the service of this order to file an amended complaint. No further extensions of time will be granted absent a showing of extraordinary circumstances. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute.

Dated: April 4, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:coll2307.withdraw.eot